IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 11-00048-CG** |
| **v.** | * | |
| | * | |
| **JERRY L. CANNON** | * | |

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, On April 7, 2011, the Defendant, **JERRY L. CANNON** entered a plea of guilty to Counts One and Two of the indictment and as a condition of his guilty plea, the defendant, **JERRY L. CANNON** agreed to forfeit to the United States all of his right, title, and interest to all property which is set forth in the forfeiture notice of the indictment and which is forfeitable to the United States pursuant to Title 18, United States Code, Section 2253 and Title 21 United States Code, Section 853. Pursuant to the guilty plea, Defendant, **JERRY L. CANNON**, agreed to and confessed to forfeit the following property:

**(1) One Kodak Easy Share CY743 Digital Camera with media card;**

**(2) 12 compact discs;**

**(3) Two CD-Rs;**

**(4) One Amptech CPU, No Serial Number;**

**(5) One Aptiva Model 2176 C55 CPU, SN: 23AC225;**

**(6) One Dell CPU, SN: D7Z4M51;**

**(7) One Compaq Laptop computer, SN: unreadable;**

**(8) One Dell CPU, SN 5HY6091;**

**(9) One Sprint Sanyo flip phone;**

**(10) One Gateway NV79 Laptop, SN: LXWHH020090034F9F91601;**

**(11) One Gateway NV79 Laptop, SN: LXWHH02009951542D01601; and**

**(12) One HP Laptop, SN: TW22700116.**

**WHEREAS**, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting May 19, 2011, on www.forfeiture.gov. (Ad number 112886) A Proof of Publication was filed on June 30, 2011, (Doc. 22), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853 for disposition according to law:

**(1) One Kodak Easy Share CY743 Digital Camera with media card;**

**(2) 12 compact discs;**

**(3) Two CD-Rs;**

**(4) One Amptech CPU, No Serial Number;**

**(5) One Aptiva Model 2176 C55 CPU, SN: 23AC225;**

**(6) One Dell CPU, SN: D7Z4M51;**

**(7) One Compaq Laptop computer, SN: unreadable;**

**(8) One Dell CPU, SN 5HY6091;**

**(9) One Sprint Sanyo flip phone;**

**(10) One Gateway NV79 Laptop, SN: LXWHH020090034F9F91601;**

**(11) One Gateway NV79 Laptop, SN: LXWHH02009951542D01601; and**

**(12) One HP Laptop, SN: TW22700116.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the

purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Maria E. Murphy.

**DONE** and **ORDERED** this 19th day of July, 2011.

      /s/ Callie V. S. Granade
      UNITED STATES DISTRICT JUDGE