# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JERRY L. CANNON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION 13-0300-CG-M ) CRIMINAL NO. 11-00048-CG-M |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** hereby is entered in favor of Respondent, the United States of America, and against Petitioner Jerry L. Cannon.

**DONE and ORDERED** this 23rd day of October, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE